**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OMEGA PATENTS, LLC,**

        **Plaintiff/Counter Defendant,**

**-vs-**                                      **Case No. 6:05-cv-1113-Orl-22DAB**

**FORTIN AUTO RADIO, INC., and**
**DIRECTED ELECTRONICS, INC.,**

        **Defendants/Counter Claimants.**
_____

**ORDER AMENDING CASE MANAGEMENT AND SCHEDULING ORDER**

This cause came on for consideration with oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY AND EXPERT DISCLOSURE (Doc. No. 79)** |
| **FILED:** | **July 7, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

| | |
|---|---|
| **MOTION:** | **EMERGENCY MOTION TO EXTEND DEADLINES IN CASE MANAGEMENT [AND] SCHEDULING ORDER OTHER THAN DEADLINE TO AMEND PLEADINGS AND TRIAL DATE AND NOTICE OF PARTIAL JOINDER OF DEFENDANT, DIRECTED ELECTRONICS, INC., IN MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND EXPERT DISCLOSURES (Doc. No. 84)** |
| **FILED:** | **July 12, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

| | |
|---|---|
| **MOTION:** | **JOINDER OF FORTIN AUTO RADIO, INC. TO EMERGENCY MOTION OF DIRECTED ELECTRONICS, INC. TO EXTEND DEADLINES IN CASE MANAGEMENT [AND] SCHEDULING ORDER (Doc. No. 85)** |
| **FILED:** | **July 13, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

The Case Management And Scheduling Order (Doc. No. 15) is amended as follows:

| | | |
|---|---|---|
| **Disclosure of Expert Reports** | Plaintiff:<br>Defendant:<br>Rebuttal: | **AUGUST 15, 2006**<br>**AUGUST 15, 2006**<br>**SEPTEMBER 5, 2006** |
| **Discovery Deadline** | | **SEPTEMBER 29, 2006** |

No other deadlines will be extended barring a showing of extraordinary good cause. In particular, the parties are reminded that the deadline for filing of dispositive motions is **NOT** extended and remains **October 6, 2006**.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record