**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

**OMEGA PATENTS, LLC,**

      **Plaintiff/Counter Defendant,**

-vs-                                                **Case No. 6:05-cv-1113-Orl-22DAB**

**FORTIN AUTO RADIO, INC., and**
**DIRECTED ELECTRONICS, INC.,**

      **Defendants/Counter Claimants.**
_____

**ORDER TO STRIKE**

Response to Request for Sanctions (Doc. No. 283) was filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason(s) listed below. Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document. Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

      **Unauthorized Responses:**

Each party opposing any written motion or other application shall file and serve, within ten (10) days after being served with such motion or application, a brief or legal memorandum with citation of authorities in opposition to the relief requested. No other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court. [Local Rule 3.01(b)]

Although Plaintiff's memorandum mentions possible sanctions, plaintiff made no motion for sanctions so as to prompt a response without leave of Court.

DATED:      This 15th day of March, 2007 in Orlando, Florida

                                                             *David A. Baker*
                                                  DAVID A. BAKER
                               UNITED STATES MAGISTRATE JUDGE